

# NUMBER 13-23-00397-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JEANNETTE MORALES,**
**INDIVIDUALLY AND AS**
**NEXT FRIEND OF J.M.,**
**MINOR CHILD,**                                                    Appellants,

v.

**ROBSTOWN INDEPENDENT**
**SCHOOL DISTRICT, LINDA VELIZ,**
**INDIVIDUALLY, AND JUANITA**
**PACHECO, INDIVIDUALLY,**                                          Appellees.

---

## ON APPEAL FROM THE 28TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

Before Justices Benavides, Tijerina, and Silva
Memorandum Opinion by Justice Silva

This matter is before the Court on its own motion. On December 4, 2023, the Clerk of the Court notified appellants that the clerk's record in the above cause was due on December 1, 2023, and that the deputy district clerk, Angela Garcia, had notified this Court that appellants failed to make payment arrangements for the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
28th day of March, 2024.

2